

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2017

No. 04-17-00161-CV

**IN THE INTEREST OF I.G.W. AND D.P.W**.,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07615
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant's brief was originally due August 30, 2017. Neither the brief nor a motion for extension of time was filed. Accordingly, on September 12, 2017, we ordered appellant to file her appellant's brief and a written response reasonably explaining her failure to timely file the brief in this court on or before September 22, 2017.

In response to our order, appellant filed a motion for extension of time asking for an additional ninety days in which to file her brief. After review, we **GRANT IN PART AND DENY IN PART** appellant's motion for extension of time. More specifically, we grant appellant an additional thirty days in which to file her brief, but deny her request for an additional ninety days in which to file her brief. We **ORDER** appellant to file her brief in this court on or before October 20, 2017 — thirty days from the date the extension was filed and fifty-one days from the original due date.

We **order** the clerk of this court to serve a copy of this order on appellant, who is pro se, and counsel for appellee.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court